IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JERRELL INMAN, | CASE NO. 1: 12-cv-01049-AWI BAM |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF STANISLAUS, *et al.*, | |
| Defendants. / | |

On June 27, 2012, Plaintiff filed a Complaint against various Superior Court Judges and the Superior Court of California for the County of Stanislaus. (Doc. 1.) The Complaint did not contain any causes of action, nor did it provide a legal or factual basis for relief. Accordingly, on July 26, 2012, the Magistrate Judge assigned to this case dismissed Plaintiff's complaint with leave to amend. (Doc. 3.) The Magistrate Judge ordered Plaintiff to file an amended complaint no later then August 15, 2012. (Doc. 3.)  The Magistrate Judge cautioned Plaintiff that failure to timely file an amended complaint would result in dismissal of Plaintiff's case with prejudice. (Doc. 3.)

/././

/././

/././

1

1    As of August 31, 2012, Plaintiff has failed to file an amended complaint. Accordingly, this
2 action is DISMISSED WITH PREJUDICE. All dates are VACATED. The clerk is directed to CLOSE
3 to action.

5 IT IS SO ORDERED.

6 
7 Dated:   September 4, 2012                                                    _____
                                                                                CHIEF UNITED STATES DISTRICT JUDGE